# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL JUAREZ,<br><br>              Plaintiff,<br><br>       v.<br><br>ALAMEDA, et al.,<br><br>              Defendants.<br>_____/ | CASE NO. 1:04-CV-5668-REC-LJO-P<br><br>ORDER DENYING PLAINTIFF'S MOTION AS UNNECESSARY<br><br>(Doc. 35) |

Plaintiff Manuel Juarez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 22, 2006, the court granted plaintiff a thirty-day extension of time to file an objection to the Findings and Recommendations filed on February 16, 2006. On April 28, 2006, plaintiff filed an objection and a motion requesting that the court accept his untimely objection.

Plaintiff's objection, which was dated April 20, 2006, was not untimely.  Fed. R. Civ. P. 6; Caldwell v. Amend, 30 F.3d 1199, 1202 (9th Cir. 1994); Houston v. Lack, 487 U.S. 266, 270 (1988). Therefore, plaintiff's motion for leave to file a late objection is unnecessary and is HEREBY DENIED on the ground.

IT IS SO ORDERED.

**Dated:    May 5, 2006**            /s/ Lawrence J. O'Neill
i0d3h8                              UNITED STATES MAGISTRATE JUDGE