UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL JUAREZ, | 1:04-cv-05668-REC-LJO-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 31) |
| vs. | |
| ALAMEDA, et al., | **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** (Doc. 25) |
|     Defendants. | |

    Plaintiff Manuel Juarez ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 16, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that an objection, if any, to the Findings and Recommendations was to be filed within thirty days. After obtaining an extension of time, plaintiff filed an objection on April 28, 2006.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of

1

this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 16, 2006, is ADOPTED IN FULL;

2. This action proceed on plaintiff's due process claim against defendants Verdin, Gentry, Haws, Fisher, Schmidt, and Travers based on the validation of plaintiff as a gang associate and the assessment of a SHU term against plaintiff (fifth and ninth causes of action), and on plaintiff's Eighth Amendment claim against defendant Rangel based on the endangerment of plaintiff's personal safety (thirteenth cause of action);

3. The following claims are DISMISSED from this action for failure to state a claim upon which relief may be granted:

   a. Due process claim stemming from August 7, 1999 disciplinary hearing, without prejudice (first cause of action);

   b. Due process claim against defendants Verdin, Gentry, Haws, Schmidt, Winett, and Fisher based on retention in ad-seg, with prejudice (second, third, and fourth causes of action);

   c. Due process claim against defendants Casey and Avalos based on failure to assist plaintiff, with prejudice (sixth cause of action);

   d. Due process claim against defendants Manuel,

        Gentry, Todd, and Hansen based on involvement in addressing plaintiff's inmate appeal, with prejudice (seventh cause of action);

  e. Conspiracy claim against defendants Todd, Albritton, Casey, and Avalos, with prejudice (eighth cause of action);

  f. Eighth Amendment claim based on debriefing policy, with prejudice (tenth cause of action);

  g. Eighth Amendment claim based on SHU conditions, without prejudice but without leave to amend in this action (eleventh cause of action);

  h. Fourth and Eighth Amendment claims against defendant Marquez, with prejudice (twelfth cause of action);

  i. Denial of access to the courts claim against defendants Bosley, Case, and Marquez, without prejudice but without leave to amend in this action (fourteenth cause of action);

  j. Conspiracy claim against defendants Bosley and Case, with prejudice (fifteenth cause of action);

  k. Equal protection claim, with prejudice (seventeenth and eighteenth causes of action);

  l. Separate due process claim under section 1983 based on violation of state regulations, with prejudice (twentieth cause of action);

  m. Claim based on violation of penal code sections and Title 15 regulations, with prejudice (twenty-first cause of action); and,

        n.    Failure to train and supervise/supervisory liability claim, with prejudice (twenty-second cause of action); and,

4.    Defendants Alameida, Chapman, R. Casey, Manuel, Winett, Todd, Albritton, T. Casey, Avalos, Hansen, McGrath, Bosley, Case, and Marquez are DISMISSED based on plaintiff's failure to state any claims upon which relief may be granted against them.

IT IS SO ORDERED.

**Dated: May 9, 2006**                      **/s/ Robert E. Coyle**
668554                                UNITED STATES DISTRICT JUDGE