# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MANUEL JUAREZ,

Plaintiff,

v.

ALAMEDA, et al.,

Defendants.

_______________________________________/

CASE NO. 1:04-CV-05668-OWW-LJO-P

ORDER DIRECTING UNITED STATES MARSHAL TO INITIATE SERVICE OF PROCESS ON DEFENDANT EVERETT W. FISCHER WITHOUT PREPAYMENT OF COSTS

On June 16, 2006, the court issued an order directing the United States Marshal to initiate service on defendants Verdin, Gentry, Haws, Fisher, Schmidt, Travers, and Rangel. On August 7, 2006, the Marshal returned the summons and USM-285 form for defendant Fisher with a letter from the California Department of Corrections and Rehabilitation (CDCR) providing an alternate spelling for defendant's last name and providing a new address for defendant. The Marshal returned the service packet to the court pending further instruction from the court. Having reviewed the new information provided, the Marshal shall be directed to initiate service on defendant using the new information provided by CDCR.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

(1) One completed and issued summons for each defendant to be served;

(2) One completed USM-285 form for each defendant to be served;

(3) One copy of the amended complaint filed on March 7, 2005 for each

defendant to be served, plus an extra copy for the Marshal;

(4) One copy of this order for each defendant to be served, plus an extra copy for the Marshal;

(5) One copy of the court's consent form for each defendant to be served.

2. Within ten days from the date of this order, the United States Marshal is directed to notify the following defendants of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

**EVERETT W. FISCHER**

3. The U.S. Marshal is directed to retain the summons and a copy of the complaint in their file for future use.

4. The United States Marshal shall file returned waiver of service, or the request for waiver of service if returned as undelivered, as soon as it is received.

5. If the waiver of service is not returned by defendant within sixty days of the date of mailing the request for waiver, the United States Marshal shall:

a. Personally serve process and a copy of this order upon defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from CDCR to execute this order. The United States Marshal shall maintain the confidentiality of all information provided by the CDCR pursuant to this order.

b. Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally served defendant in accordance

with the provisions of Fed. R. Civ. P. 4(d)(2).

6. In the event that defendant makes an appearance in this action by filing an answer, dispositive motion, or other pleading, the Marshal need not personally serve defendant.

7. In the event that defendant either waives service or is personally served, defendant is required to reply to the complaint. 42 U.S.C. § 1997e(g)(2).

IT IS SO ORDERED.

**Dated: August 14, 2006**

i0d3h8

**/s/ Lawrence J. O'Neill**

UNITED STATES MAGISTRATE JUDGE