# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL JUAREZ,<br><br>            Plaintiff,<br><br>     v.<br><br>ALAMEDA, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:04-CV-05668-OWW-LJO-P<br><br>ORDER DENYING PLAINTIFF'S REQUEST AS MOOT<br><br>(Doc. 47) |

Plaintiff Manuel Juarez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 15, 2006, after the United States Marshal returned service un-executed as to defendant Fischer, plaintiff filed a request seeking leave to submit new service documents for defendant Fischer or for a court order directing the Marshal to initiate re-service on defendant Fischer. (Docs. 45, 47.)

Plaintiff's request is unnecessary. The court reviewed the new information obtained by the Marshal and issued an order directing the Marshal to initiate re-service on August 15, 2006. (Doc. 46.) Accordingly, plaintiff's request is moot and is DENIED on that ground.

IT IS SO ORDERED.

**Dated:   August 17, 2006**             /s/ Lawrence J. O'Neill
b9ed48                                          UNITED STATES MAGISTRATE JUDGE

1