UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL JUAREZ,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ALAMEDA et al.,<br><br>　　　Defendants. | 1:04-CV-05668 OWW LJO P<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME UP TO AND INCLUDING OCTOBER 16, 2006, TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT<br><br>(DOCUMENT #49) |

On September 12, 2006, defendants Gentry, Haws, Schmidt, and Verdin filed a motion seeking an extension of time up to and including October 16, 2006, within which to file a response to plaintiff's complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants' request is granted and defendants shall file a response on or before October 16, 2006.

IT IS SO ORDERED.

**Dated:   October 10, 2006**　　　　　　　/s/ Lawrence J. O'Neill
i0d3h8　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE