UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL JUAREZ, | ) | 1:04-cv-05668-OWW-LJO PC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF THE UNENUMERATED RULE 12(B) MOTION DEADLINE TO FEBRUARY 26, 2007 |
| v. | ) | |
| | ) | |
| ALAMEDA, et al., | ) | |
| | ) | (DOCUMENT #72) |
| Defendants. | ) | |

On January 10, 2007, defendants filed a motion seeking an extension of the unenumerated Rule 12(b) motion deadline to February 26, 2007. Defendants' motion is HEREBY GRANTED and the deadline is extended from January 10, 2007, to February 26, 2007.

IT IS SO ORDERED.

**Dated:    February 7, 2007**            **/s/ Lawrence J. O'Neill**
i0d3h8                                             UNITED STATES DISTRICT JUDGE