UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL JUAREZ,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ALAMEDA, et al.,<br><br>　　　Defendants. | 1:04-cv-05668-LJO-NEW (DLB) PC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION<br><br>(DOCUMENT #77) |

　　　On March 20, 2007, plaintiff filed a motion to extend time to file an opposition to defendants' motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file his opposition to defendants' motion to dismiss.

　　　IT IS SO ORDERED.

　　　Dated:　**April 10, 2007**　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE