# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL JUAREZ,<br><br>          Plaintiff,<br><br>     v.<br><br>ALAMEDA, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:04-cv-05668-LJO-NEW (DLB) PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANT RANGEL'S MOTION TO DISMISS FOR FAILURE TO EXHAUST<br><br>(Docs. 76 and 83)<br><br>ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE |

Plaintiff Manuel Juarez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's amended complaint, filed March 7, 2005, against defendants Verdin, Gentry, Haws, Fisher, Schmidt, and Travers for violation of plaintiff's right to due process with respect to the validation of plaintiff as a gang associate and the assessment of a SHU term, and against defendant Rangel for endangering plaintiff's safety, in violation of the Eighth Amendment. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 13, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On July 12, 2007, plaintiff filed an Objection.

///

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this
2  Court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the
3  Court finds the Findings and Recommendations to be supported by the record and by proper analysis.
4  Accordingly, IT IS HEREBY ORDERED that:
5  1. The Findings and Recommendations, filed June 13, 2007, is adopted in full;
6  2. Defendant Rangel's unenumerated Rule 12(b) motion, filed February 26, 2007, is
7  GRANTED and the claim against him is dismissed, without prejudice, based on
8  plaintiff's failure to exhaust; and
9  3. This matter is referred back to the Magistrate Judge for further proceedings.

11  IT IS SO ORDERED.
12  **Dated:   August 18, 2007**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE