IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL JUAREZ, | 1:04-cv-05668-LJO-NEW (DLB) PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR THIRTY- DAY EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| ALAMEDA, et al., | (DOCUMENT #86) |
| Defendants. | |
| _____/ | |

On September 7, 2007, defendants filed a motion to extend time to file a motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted **thirty (30) days** from the date of service of this order in which to file a pretrial dispositive motion.

IT IS SO ORDERED.

Dated:   **September 18, 2007**           **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE