IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL JUAREZ, | 1:04-cv-05668-LJO-GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTIONS TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| ALAMEDA, et al., | |
| Defendants. | (Docs. 101, 102) |
| | (30) THIRTY DAY DEADLINE |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 17, 2007, and January 4, 2008, plaintiff filed motions to extend time to file a response to defendant's motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty (30) days from the date of service of this order in which to file a response to defendants' motion for summary judgment.

    IT IS SO ORDERED.

Dated: **January 11, 2008**         **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE