IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL JUAREZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALAMEDA, et al,<br><br>    Defendants.<br>_____/ | 1:04-cv-05668-LJO-GSA (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #110)<br><br>THIRTY DAY DEADLINE |

On May 29, 2008, plaintiff filed a motion to extend time to file objections to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file objections to the findings and recommendations.


IT IS SO ORDERED.

    Dated:   **June 4, 2008**            /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE