# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL JUAREZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALAMEDA, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:04-cv-05668-LJO-GSA PC<br><br>ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE BEFORE UNITED STATES MAGISTRATE JUDGE NANDOR VADAS WOULD BE BENEFICIAL<br><br>THIRTY-DAY DEADLINE |

　　　Plaintiff Manuel Juarez is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is currently set for jury trial on June 22, 2009. Following the Court's ruling on Defendants' motion for summary judgment, this action proceeds on Plaintiff's amended complaint, filed March 7, 2005, against Defendants Verdin, Haws, Fischer, and Schmidt for denial of due process, in violation of the Fourteenth Amendment of the United States Constitution. Plaintiff's remaining claim arises from his alleged validation as a gang member without notice and an opportunity to be heard.

　　　This Court has been provided with the opportunity to refer cases for settlement to the Honorable Nandor Vadas, a United States Magistrate Judge with the Northern District of California. The Court has identified this case as one which might benefit from a settlement conference with Judge Vadas. Settlement conferences are held in person at a prison in the Sacramento Division of the Eastern District of California. Plaintiff and Defendants shall notify the Court whether they

///

///

1  believe, in good faith, that settlement in this case is a possibility and whether they are interested in
2  having a settlement conference with Judge Vadas.[1]
3       The facility at which the settlement conferences are conducted is not a Level IV prison.
4  Therefore, Defendants' counsel shall notify the Court whether there are security concerns that would
5  prohibit scheduling a settlement conference. If security concerns exist, counsel shall notify the Court
6  whether those concerns can be adequately addressed if Plaintiff is transferred to the prison for
7  settlement only and then returned to a Level IV prison for housing.
8       Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff and
9  Defendants shall file a written response to this order.[2]

IT IS SO ORDERED.

Dated:   **October 9, 2008**          /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] The parties may wish to discuss the issue by telephone in determining whether they believe settlement is feasible.

[2] The issuance of this order does not guarantee referral to Judge Vadas, but the Court will make every reasonable attempt to secure the referral should both parties desire a settlement conference with Judge Vadas.