# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL JUAREZ,<br><br>             Plaintiff,<br><br>      v.<br><br>ALAMEDA, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:04-cv-05668-LJO-GSA PC<br><br>ORDER CROSS-DESIGNATING CASE TO JUDGE VADAS FOR SETTLEMENT<br><br>ORDER SETTING SETTLEMENT CONFERENCE BEFORE JUDGE VADAS ON JANUARY 20, 2009, AT 9:00 A.M., AND REQUIRING PARTIES TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENTS TO JUDGE VADAS ON OR BEFORE JANUARY 6, 2009 |

In response to the Court's order of October 14, 2008, Plaintiff and Defendants indicated that a settlement conference with Judge Vadas may be beneficial in resolving this case. Accordingly, it is HEREBY ORDERED that:

1. This case is cross-designated to the Honorable Nandor J. Vadas for settlement purposes only;

2. The settlement conference shall be conducted on January 20, 2009, at 9:00 a.m. before Judge Vadas at California State Prison-Solano;[1]

3. Within **twenty (20) days** of the settlement conference, Judge Vadas shall file a report in this case indicating the outcome of the settlement proceedings; and

///

---

[1] The transportation of Plaintiff for the settlement conference will be arranged by separate order issued closer to the settlement conference date.

1

4.      On or before January 6, 2009, Plaintiff and Defendants shall submit confidential settlement conference statements by mail to:

United States Magistrate Judge Nandor J. Vadas
P.O. Box 1306
Eureka, CA 95501-1038.

IT IS SO ORDERED.

**Dated:** **November 24, 2008**                    /s/ **Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE