United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL JAUREZ,

    Plaintiff,

v

ALAMEDA et al.,

    Defendants.

Case No C 04-5668 LJO GSA

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on <u>January 20, 2009</u>. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General, Megan O'Carroll

    ☒ Other: California Department of Corrections and Rehabilitation, Alan Sobel

1  (2)  The following individuals, parties, and/or representatives did not appear:

2  (3)  The outcome of the proceeding was:

3  ☐ The case has been completely settled.

4  ☐ The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7  ☐ The parties agree to an additional follow up settlement on

8  _____.

9  ☒ The parties are unable to reach an agreement at this time.

10

11  Date: 2/18/09

Nandor J Vadas
United States Magistrate Judge
Northern District of California
Sitting by Designation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAUREZ

v.

ALAMEDA
_____/

No. C 04-5668

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/18/09, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Manuel Juarez**
K-25123
HIGH DESERT STATE PRISON (3030)
P.O. BOX 3030
SUSANVILLE, CA 96127-3030

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3