# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL JUAREZ,<br><br>        Plaintiff,<br><br>   v.<br><br>ALAMEDA, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:04-cv-05668-LJO-GSA PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND COURTESY COPY OF DOCKET AND SECOND SCHEDULING ORDER, INCLUDING ATTACHMENT OF LOCAL RULE 16-281, TO PLAINTIFF AT NEW ADDRESS OF RECORD<br><br>(Doc. 139)<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE ORDERS 137 AND 138 ON PLAINTIFF<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 122) |

Plaintiff Manuel Juarez is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 25, 2009, Plaintiff notified the Court that on February 10, 2009, he paroled from state custody and was transferred into federal custody. Plaintiff is now housed at the San Bernardino County Jail. Plaintiff stated in the notice that he was without his legal material.

This matter is set for jury trial on June 22, 2009. In light of Plaintiff's current circumstances, the Court will direct the Clerk's Office to provide Plaintiff with a copy of the docket and a copy of the second scheduling order.

///

1 | In reviewing the docket, the Court notes that Plaintiff's motion for the appointment of counsel filed on October 20, 2008, remains pending, although Plaintiff's motion for counsel filed on February 11, 2009, was resolved. For the reasons set forth in the Court's order of February 17, 2009, Plaintiff's October 20 motion for counsel is also denied.[1]

1. The Clerk's Office shall send Plaintiff a courtesy copy of the docket and the second scheduling order, including Local Rule 16-281;

2. The Clerk's Office shall re-serve the Court's orders of February 17, 2009, and February 18, 2009, on Plaintiff (court documents 137 and 138); and

3. Plaintiff's motion for the appointment of counsel filed on October 20, 2008, is DENIED.

IT IS SO ORDERED.

Dated:   **April 2, 2009**             /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Because Plaintiff was taken into federal custody on February 10, 2009, the order filed on February 17, 2009, will be re-served on Plaintiff at his current address of record. Judge Vadas's order, filed February 18, 2009, will also be re-served.