# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL JUAREZ, | CASE NO. 1:04-cv-05668-LJO-GSA PC |
| Plaintiff, | ORDER VACATING TELEPHONIC TRIAL CONFIRMATION HEARING SET FOR MAY 18, 2009, AT 8:30 A.M. |
| v. | |
| ALAMEDA, et al., | (Doc. 118) |
| Defendants. | |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Manuel Juarez, a prisoner now in federal custody who is proceeding pro se and in forma pauperis. This matter is set for a telephonic trial confirmation hearing on May 18, 2009, at 8:30 a.m. and jury trial on June 22, 2009, at 8:30 a.m. Neither Plaintiff nor Defendants filed a pretrial statement in compliance with the Court's scheduling order and on May 5, 2009, the parties were ordered to show cause within seven days why sanctions should not be imposed. Defendants filed their response on May 7, 2009, and the Court anticipates receipt of Plaintiff's response on or around the deadline of May 18, 2009.[1] Fed. R. Civ. P. 6(a),(d).

Without the pretrial statements, there is no benefit to holding a trial confirmation hearing, and it would serve only to waste the resources of the Court, the parties, and the Metropolitan Detention Center. Accordingly, the telephonic trial confirmation hearing set for May 18, 2009, at

---

[1] Under what is commonly called the prison mailbox rule, Plaintiff's motion will be deemed filed on the date he hands it over to prison officials for mailing. Caldwell v. Amend, 30 F.3d 1199, 1202 (9th Cir. 1994); Houston v. Lack, 487 U.S. 266, 270 (1988).

1

8:30 a.m. before the undersigned is HEREBY VACATED.  The trial date of June 22, 2009, remains on calendar, pending further consideration by the Court once it receives Plaintiff's response to the order to show cause.

IT IS SO ORDERED.

**Dated:    May 13, 2009**                              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE