# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL JUAREZ, | CASE NO. 1:04-cv-05668-LJO-GSA PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO FILE A SUPPLEMENTAL BRIEF ADDRESSING SETTLEMENT ISSUE WITHIN THREE COURT DAYS |
| v. | |
| ALAMEDA, et al., | (Doc. 147) |
| Defendants. | |
| _____ / | |

On May 5, 2009, the Court ordered the parties to show cause why sanctions should not be imposed for failing to file pretrial statements in compliance with the Court's order of September 24, 2008. Defendants filed a response on May 7, 2009, and Plaintiff filed a response on May 13, 2009. In his response, Plaintiff indicates that the parties are currently discussing settlement.

Defendants are HEREBY ORDERED to file a supplemental brief within **three (3) court days** addressing whether or not the parties are currently engaged in settlement negotiations and whether Defendants believe settlement in this matter is likely.

IT IS SO ORDERED.

Dated:    **May 15, 2009**                          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1